Commonwealth *v.* Whiteside, Appellant.

Submitted November 17, 1975. *Lester G. Nauhaus*, Trial Defender, *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: This case is remanded to the trial court with directions to give appellant a hearing on his petition for post-conviction relief: *Commonwealth v. Johnson*, 431 Pa. 522, 532, 246 A.2d 345, 351 (1968); *Commonwealth v. Jones*, 236 Pa. Superior Ct. 145, 147, 344 A.2d 504 (1975); and *Commonwealth v. Nahodil*, 212 Pa. Superior Ct. 77, 79, 239 A.2d 840 (1968).

Commonwealth *v.* Williams, Appellant.

Submitted November 17, 1975. *Larry D. Meredith*, for appellant; *Bernard L. Siegel*, First Assistant District Attorney, and *Robert H. Chase*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Williams, Appellant.

Submitted December 16, 1975. *David F. Dunn*, and *Huston & Dunn*, for appellant; *W.F. Steigerwalt*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.